SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| STACY CASE, | Case No.: 4:17-CV-00399-JSW |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT TRANSUNION, LLC; PROPOSED ORDER |
| v. | |
| TRANSUNION, LLC; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Stacy Case and defendant TransUnion, LLC, that TransUnion, LLC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT TRANSUNION LLC; PROPOSED ORDER - 1

DATED:  March 28, 2017          Sagaria Law, P.C.

                                By:   ___*/s/ Elliot W. Gale*___
                                         Elliot W. Gale
                                Attorneys for Plaintiff
                                Stacy Case


DATED:  March 28, 2017          Schuckit & Associates, P.C.



                                By:   ___*/s/ Christopher A. Ferguson*___
                                         Christopher A. Ferguson
                                Attorneys for Defendant
                                TransUnion, LLC




I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Christopher A. Ferguson has concurred in this filing.

*/s/ Elliot Gale*


### [PROPOSED] ORDER

   Pursuant to the stipulation of the Parties, Defendant TransUnion, LLC is dismissed with prejudice.

   IT IS SO ORDERED.



DATED:_____          _____
                                 Jeffrey S. White
                                 UNITED STATES DISTRICT JUDGE