Scott Sagaria (State Bar No. 217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| STACY CASE, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Federal Case No.: 4:17-cv-00399-JSW <br><br> **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Stacy Case and defendant Experian Information Solutions, Inc., that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

DATED: March 28, 2017                Sagaria Law, P.C.

                                     By: _____/s/ Elliot W. Gale_____
                                              Elliot W. Gale
                                     Attorneys for Plaintiff
                                     Byron Hughes


DATED: March 28, 2017                Jones Day



                                     By: _____/s/Amir Amiri_____
                                              Amir Amiri
                                     Attorneys for Defendant
                                     Experian Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Amir Amiri has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED: March 29, 2017                _____/s/ Jeffrey S. White_____
                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE