1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
   JOE ANGELO (SBN 268542)
2  **SAGARIA LAW, P.C.**
   2033 Gateway Place, 6th Floor
3  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
4
   Attorneys for Plaintiff
5

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| STACY CASE, | Case No.: 4:17-CV-00399-JSW |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT TRANSUNION, LLC; ~~PROPOSED~~ ORDER |
| v. | |
| TRANSUNION, LLC; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Stacy Case and defendant TransUnion, LLC, that TransUnion, LLC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  March 28, 2017          Sagaria Law, P.C.

                                By:    _/s/ Elliot W. Gale_
                                       Elliot W. Gale
                                Attorneys for Plaintiff
                                Stacy Case

DATED:  March 28, 2017          Schuckit & Associates, P.C.

                                By:    _/s/ Christopher A. Ferguson_
                                       Christopher A. Ferguson
                                Attorneys for Defendant
                                TransUnion, LLC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Christopher A. Ferguson has concurred in this filing.

_/s/ Elliot Gale_

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant TransUnion, LLC is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 29, 2017           _____
                                Jeffrey S. White
                                UNITED STATES DISTRICT JUDGE