Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| STACY CASE,<br><br>         Plaintiff,<br><br>   vs.<br><br>EQUIFAX INC.; et. al.,<br><br>         Defendants. | Federal Case No.: 4:17-CV-00399-JSW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT F&A FEDERAL CREDIT UNION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Stacy Case, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant F&A Federal Credit Union as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant F&A Federal Credit Union has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: June 15, 2017                    Sagaria Law, P.C.

                                        By:  */s/ Elliot W. Gale*
                                              Elliot W. Gale
                                        Attorneys for Plaintiff
                                        Stacy Case

2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT