Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Stacy Case

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| STACY CASE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 4:17-CV-00399-JSW<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER**<br>　AS MODIFIED HEREIN |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　　IT IS HEREBY STIPULATED by and between plaintiff Stacy Case and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1    DATED:  June 21, 2017              Sagaria Law, P.C.

2                                       By:      /s/ Elliot W. Gale

3                                                  Elliot W. Gale
                                        Attorneys for Plaintiff
4                                       Stacy Case

5
     DATED:  June 21, 2017              Nokes & Quinn
6

7

8                                       By:      /s/ Thomas P. Quinn, Jr.

9                                                  Thomas P. Quinn, Jr.
                                        Attorneys for Defendant
10                                      Equifax, Inc.

11
     I, Elliot Gale, am the ECF user whose identification and password are being used to file this
12
     Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.
13
     /s/ Elliot Gale
14

15
                                  [PROPOSED] ORDER
16
              Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each
17
     party shall bear its own attorneys' fees and costs.  Plaintiff has dismissed all defendants, and the Clerk
18                                                       shall close this file.
              IT IS SO ORDERED.
19

20
     DATED:  June 21, 2017
21                                      JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

                                              2